HALL & EVANS, LLC
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
YULIYA BRADY, ESQ.
Nevada Bar No. 14699
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
knechta@hallevans.com
bradyy@hallevans.com
nvefile@hallevans.com
*Attorneys for Defendant*
*Legacy House of Summerlin, LLC*
*dba Legacy House of Southern Hills*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANN HAN, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LEGACY HOUSE OF SUMMERLIN, LLC, a Utah Limited Liability Company dba LEGACY HOUSE OF SOUTHERN HILLS; JILL HUMMEL, DOES II-X, inclusive; and ROE CORPORATIONS I -X, inclusive;<br><br>Defendants. | Case No: 2:25-cv-00617<br><br>[District Court Case No.: A-25-913475-C]<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS LEGACY HOUSE OF SUMMERLIN, LLC, dba LEGACY HOUSE OF SOUTHERN HILLS, AND JILL HUMMEL** |

Defendants LEGACY HOUSE OF SUMMERLIN, LLC, a Utah Limited Liability Company dba LEGACY HOUSE OF SOUTHERN HILLS, AND JILL HUMMEL by and through their attorneys of record, HALL & EVANS, LLC, and Plaintiff ANN HAN by and through their attorneys of record, RYAN ALEXANDER, ESQ. and RICHARD A. ENGLEMANN, ESQ. of the law firm of RYAN ALEXANDER, CHTD. hereby stipulate and agree to voluntarily dismiss Defendants LEGACY HOUSE OF SUMMERLIN, LLC, a Utah

1

Limited Liability Company dba LEGACY HOUSE OF SOUTHERN HILLS, AND JILL HUMMEL from the above-referenced lawsuit, with prejudice; and with parties herein to each bear their own attorneys' fees and costs; and hereby jointly move this Honorable Court for an Order of Dismissal, with Prejudice as to Defendants LEGACY HOUSE OF SUMMERLIN, LLC, a Utah Limited Liability Company dba LEGACY HOUSE OF SOUTHERN HILLS, AND JILL HUMMEL.

The Jury Fees paid by Defendants LEGACY HOUSE OF SUMMERLIN, LLC, a Utah Limited Liability Company dba LEGACY HOUSE OF SOUTHERN HILLS, AND JILL HUMMEL shall be returned.

DATED this 24 day of December 2025.

RYAN ALEXANDER, CHTD.

Ryan Alexander, Esq.
Nevada Bar No. 10845
Richard A. Englemann, Esq.
Nevada Bar No. 6965
3017 West Charleston Blvd., Ste. 10
Las Vegas, NV 89102
Phone: (702) 868-3311
Fax: (702) 822-1133
ryan@ryanalexander.com
richard@ryanalexander.com
*Attorneys for Plaintiff*

DATED this 24 day of December 2025.

HALL & EVANS, LLC

Adam R. Knecht
Nevada Bar No. 13166
Yulia Brady, Esq.
Nevada Bar No. 14699
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
knechta@hallevans.com
bradyy@hallevans.com
nvefile@hallevans.com
*Attorneys for Defendants
Legacy House of Summerlin, LLC
dba Legacy House of Southern Hills and Jill Hummel*

2

*Ann Han v. Legacy House of Summerlin, LLC, et al.*
2:25-cv-00617

### ORDER

**IT IS SO ORDERED** that this matter be dismissed with prejudice as to Defendants LEGACY HOUSE OF SUMMERLIN, LLC, a Utah Limited Liability Company dba LEGACY HOUSE OF SOUTHERN HILLS, AND JILL HUMMEL.

**IT IS FURTHER ORDERED** Defendants LEGACY HOUSE OF SUMMERLIN, LLC, a Utah Limited Liability Company dba LEGACY HOUSE OF SOUTHERN HILLS, AND JILL HUMMEL, and Plaintiff ANN HAN herein to each bear their own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that the Jury Fees paid by Defendants LEGACY HOUSE OF SUMMERLIN, LLC, a Utah Limited Liability Company dba LEGACY HOUSE OF SOUTHERN HILLS, AND JILL HUMMEL shall be returned.

**IT IS SO ORDERED.**

_____
DATED: December 29, 2025

Respectfully Submitted by:

HALL & EVANS, LLC

*/s/ Yuliya Brady*
Adam R. Knecht
Nevada Bar No. 13166
Yulia Brady, Esq.
Nevada Bar No. 14699
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
knechta@hallevans.com
bradyy@hallevans.com
nvefile@hallevans.com
*Attorneys for Defendants*

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022